**Eva Luz Zazueta DE MUNIZ, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 04–72976.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2011.*

Filed Nov. 15, 2011.

Eva Luz Zazueta De Muniz, Livingston, CA, pro se.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Securi-ty, San Francisco, CA, OIL, Norah Ascoli Schwarz, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: FERNANDEZ, MOORE,** and McKEOWN, Circuit Judges.

**MEMORANDUM*****

Eva Luz Zazueta de Muniz petitions for review of the Board of Immigration Appeals' denial of her motion to reopen the proceedings wherein she was ordered removed in absentia. We dismiss the petition.

The sole issue Zazueta raises here is a claim regarding advisals before she made a statement to an immigration inspector, but that issue was not exhausted because it was not raised before the BIA. We, therefore, will not consider the issue. *See Puga v. Chertoff*, 488 F.3d 812, 815–16 (9th Cir. 2007); *Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir.2004); *Taniguchi v. Schultz*, 303 F.3d 950, 955 (9th Cir.2002); *see also Castillo–Villagra v. INS*, 972 F.2d 1017, 1023–24 (9th Cir.1992).

Petition DISMISSED.

---

\* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

\*\* The Honorable Karen Nelson Moore, United States Circuit Judge for the Sixth Circuit, sitting by designation.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.